**FILED**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN RE: STANDING ORDER          §
CONCERNING PAPER FILING IN     §
CASES ASSIGNED TO U.S.         §
DISTRICT JUDGE JOHN McBRYDE    §

<u>STANDING ORDER</u>

Because of the uncertainty that might be created by Local
Rule LR 5.1 of the Local Civil Rules and Rule LCrR 49.2 of the
Local Criminal Rules of this court concerning the document-filing
requirements of the undersigned,

The undersigned DIRECTS that:

1.   No document will be filed in any case on the docket of
the undersigned by electronic means; and, all documents filed in
any case on the docket of the undersigned shall be in traditional
paper form, single-sided, bearing the original signature of the
filing party and complying with the Federal Rules of Civil
Procedure, the Federal Rules of Criminal Procedure, the local
rules of this court applicable to paper filings, and the
undersigned's judge-specific requirements as set forth in the
form status report order available at
http://www.txnd.uscourts.gov/sites/default/files/documents/McBrydeStatusReportOrder.pdf.

2.   An exception to the foregoing is that documents filed
in an action before the action is assigned to the docket of the

undersigned are authorized to be electronically filed; provided, if any such document has been electronically filed in a civil action before the action has been assigned to the docket of the undersigned, and if the action is not one that is on the docket of the undersigned by reason of a transfer from another federal court or judge, the filing party shall deliver to the clerk of court within three (3) business days of the receipt of this order the original and one copy of each such document in paper form, without any changes except as necessary to comply with the requirements of paragraph 1 above and bearing original signatures as if the documents had been filed in paper form, and shall staple to the front of the original of each such document a copy of the Notice of Electronic Filing related to the previous electronic filing of the document.

3.   Any party who initiates a civil action, other than a motion under 28 U.S.C. §§ 2241, 2254, or 2255, that is assigned to the docket of the undersigned shall serve a copy of this order by certified or registered mail, return receipt requested, on each other party to the action within five (5) days of receipt of this order.   If an additional party is joined in such action, the party or parties causing the joinder of the additional party shall serve a copy of this order on the additional party, by

2

certified or registered mail, return receipt requested, within five (5) days of the joinder of the additional party.

4.    In each criminal case, the government shall serve a copy of this order on each defendant's counsel, by certified or registered mail, return receipt requested, within five (5) days after the identity of defense counsel is known, either by reason of entry of appearance or order appointing counsel.

5.    Every attorney who appears in this action or case must be a registered user of this court's ECF.   See http://www.txnd.uscourts.gov/ecf-registration. Any attorney who fails to register is subject to being stricken as an attorney without further notice.

SIGNED January 15, 2019.

_____
JOHN McBRYDE
United States District Judge

3