IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JARED K. ELSWICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:20-CV-243-A |
| | § | |
| TRANS UNION, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

FINAL JUDGMENT

Consistent with the stipulation to dismiss filed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Jared K. Elswick, against defendants Trans Union, LLC, Experian Information Solutions, Inc., and Healthcare Recenue Recovery Group, LLC, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each of these parties bear his or its own court costs and attorney's fees.

SIGNED May 28, 2020.

JOHN McBRYDE
United States District Judge